Prickett *v.* Tuller.

---

---

WILLIAM A. PRICKETT

*v.*

CHAUNCEY E. TULLER and others.

An injunction granted upon an allegation of the fraudulent concealment of a written agreement between the defendant and another defendant, in an action at law, will not be dissolved upon the answer of one defendant and the affidavit of the other, without the answer of both and the production of such agreement.

Prickett *v*. Tuller.

. Bill for relief.    Motion to dissolve injunction.

*Mr. J. T. Temple* and *Mr. L. T. Hannum*, for the motion.

*Mr. W. H. Vredenburgh, contra.*

Prickett exchanged notes with White, and delivered the note which he received from White to Ellis, as security in certain business transactions between them.    Ellis failed in business, and transferred the note to Tuller, who sued White upon it, and recovered judgment.    Prickett insisted, in this suit, that, when Ellis transferred the note, he owed Ellis nothing, and that the transfer to Tuller was in fraud of him, and designed to enable Ellis fraudulently to collect the note from White, when there was no debt from Prickett to Ellis.    He insists that Tuller is merely trustee for Ellis. The payment to Tuller of the money collected by the sheriff, in the suit at law against White, was enjoined.

Tuller answered; Ellis did not.    It appeared by the answer and Ellis's affidavit, filed with it, that, in the transfer of the note to Tuller, Ellis reserved an interest in the proceeds of the collection.

THE CHANCELLOR.

As this case stands, on the bill and affidavits and the answer of Tuller and affidavits, the injunction ought not to be dissolved.    The agreement made between Tuller and Ellis, by which the former promised to pay to the latter certain money, as part of the consideration of the transfer of White's note to Tuller, is an important document in the consideration of this case, and it ought to be produced.    On the statements of Tuller's answer and Ellis's affidavit, it is evident that, as to $600, or thereabouts, of the amount of the judgment against White, Tuller is trustee for Ellis. Ellis should answer, and the text of the agreement appear.